**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Royalty Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8116256** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **18 E. Dundee Rd, 3-204,**<br>**Barrington, IL 60010** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Royalty Properties, LLC**
_____      Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Royalty Properties, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Royalty Properties, LLC** _____   Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 19, 2019** _____
MM / DD / YYYY

**X** _____   **Richard K. Cannon** _____
Signature of authorized representative of debtor   Printed name

Title   **Member** _____

**X** _____   **Meryl J. Squires-Cannon** _____
Signature of authorized representative of debtor   Printed name

Title   **Member** _____

Printed name

**Crane, Simon, Clar & Dan** _____
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297** _____
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777** _____   Email address   **jredfield@cranesimon.com** _____

**2298090 IL** _____
Bar number and State

Debtor   Royalty Properties, LLC                                    Case number (if known) _____
         Name

▓▓▓  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
          imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature          The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    of authorized
    representative of debtor           I have been authorized to file this petition on behalf of the debtor.

                                       I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                       I declare under penalty of perjury that the foregoing is true and correct.

                                       Executed on   March 19, 2019
                                                     MM / DD / YYYY

                                       X _____          Richard K. Cannon
                                         Signature of authorized representative of debtor     Printed name

                                       Title   Member

                                       X _____          Meryl J. Squires-Cannon
                                         Signature of authorized representative of debtor     Printed name

                                       Title   Member

                                       Printed name

                                       Crane, Simon, Clar & Dan
                                       Firm name

                                       Suite 3705
                                       135 South LaSalle Street
                                       Chicago, IL 60603-4297
                                       Number, Street, City, State & ZIP Code

                                       Contact phone   312-641-6777      Email address   jredfield@cranesimon.com

                                       2298090 IL
                                       Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Royalty Properties, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dimock Operating Company 1004 E. Goode St. Quitman, TX 75783** | | | | | | **$62,000.00** |
| **James Messineo 1618 Colonial Parkway Palatine, IL 60067** | | **Legal Fees** | | | | **$3,588.33** |
| **McGinley Partners, LLC c/o Katherine Olson @Messer Strickland 225 W. Washington St., Ste. 575 Chicago, IL 60606** | | | **Unliquidated Disputed** | **$8,320,669.43** | **$0.00** | **$8,320,669.43** |
| **Norman J. Lerum, PC 55 W. Monroe St., Ste. 2455 Chicago, IL 60603** | | **Legal Fees** | | | | **$25,152.55** |
| **Torshen, Slobig 33 N. Dearborn St., Ste. 1710 Chicago, IL 60602** | | **Legal Fees** | | | | **$50,611.72** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Royalty Properties, LLC** _____ Case No. _____
Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 62,000.00 |
| Prior to the filing of this statement I have received | $ | 62,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 19, 2019** _____    **/s/ JOHN H. REDFIELD** _____
_Date_    **JOHN H. REDFIELD**
_Signature of Attorney_
**Crane, Simon, Clar & Dan**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**
**jredfield@cranesimon.com**
_Name of law firm_

---

LAW OFFICES

CRANE, SIMON, CLAR & DAN

EUGENE CRANE
ARTHUR G. SIMON
SCOTT R. CLAR
JEFFREY C. DAN
DAVID L. KANE

JOHN H. REDFIELD, OF COUNSEL

135 S. LA SALLE STREET
SUITE 3705
CHICAGO, ILLINOIS
60603-4297
TEL: 312-641-6777
FAX: 312-641-7114
WWW.CRANEHEYMAN.COM

GLENN R. HEYMAN (RETIRED)

February 20, 2019

Via email: merylsquires@merixcorp.com,rkcannon@cannoniplaw.com
Royalty Properties, LLC
2 Goose Lake Drive
Barrington Hills, IL 60010
Attn: Meryl J. Squires-Cannon and Richard K. Cannon

Dear Mr. & Mrs. Cannon:

Re:   **Chapter 11 Retainer for Royalty Properties, LLC ("Debtor")**

This letter is intended to confirm the agreement reached with the Debtor concerning the retention of the law firm of Crane, Simon, Clar & Dan ("CSCD") in connection with the representation of the Debtor in a Chapter 11 bankruptcy proceeding. After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention.

The Debtor has agreed to pay CSCD the sum of $62,000.00 as an advance payment retainer for this engagement. In consideration of the payment of this retainer, CSCD agrees to provide legal services on the Debtor's behalf in connection with the matters upon which CSCD has been retained. Unless otherwise billed directly to the Debtor, any costs incurred during our representation shall be subject to reimbursement from the Debtor.

This retainer will not be held in the client trust account of CSCD, and will be treated as income by CSCD upon its receipt, whereupon it will be deposited into the general account of CSCD. This retainer is the property of CSCD and the Debtor retains no legal or equitable interest in the retainer. In the event that the legal services and expenses incurred exceed this retainer, it is understood that CSCD shall be entitled to additional monies to account for the difference. However, it is also understood that the Debtor shall be entitled to a refund of the retainer to the extent that it is unused.

It is understood that due to the nature of the representation and the substantial risk to CSCD that CSCD may receive no further fees, CSCD is unwilling to represent the Debtor without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CSCD was the Debtor's choice, after consideration of other retainer options. You acknowledge that the specific purpose of such advance payment retainer is to assure the Debtor of legal representation at least until such time as the retainer is exhausted, and that the advantage to the Debtor of such a retainer is that it provides such assurance by reducing the risk of creditor attachment, and without the necessity of seeking any court and/or creditor approval with respect

LAW OFFICES

## CRANE, SIMON, CLAR & DAN

Royalty Properties, LLC
Attn: Meryl J. Squires-Cannon and Richard K. Cannon
February 20, 2019
Page 2

to same. CSCD will commence its representation of the Debtor upon payment of this advance payment retainer.

For your information the current hourly rates for CSCD are as follows:

| | |
|---|---|
| Eugene Crane.............................. | $520 |
| Arthur G. Simon.......................... | $520 |
| Scott R. Clar................................ | $520 |
| Jeffrey C. Dan............................. | $480 |
| David L. Kane………………….. | $480 |
| John H. Redfield (of counsel)…... | $420 |

The above hourly rates are subject to change on January 1 of each year. The Debtor will be charged the hourly rates in existence at the time of billing by CSCD.

Please sign and return this letter to me by return email as soon as possible. Thank you for the opportunity to be of service. We look forward to a successful relationship with the Debtor.

Should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, SIMON, CLAR & DAN

John H. Redfield

## AGREED, ACCEPTED AND UNDERSTOOD:

| Royalty Properties, LLC | |
|---|---|
| By:_____ Meryl J. Squires-Cannon, Manager | By:_____ Richard K. Cannon, Manager |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Royalty Properties, LLC**                                           Case No.

                                                 Debtor(s)                    Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **11**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 19, 2019**

                                          **Richard K. Cannon/Member**
                                          Signer/
                                          Title

Date: **March 19, 2019**

                                        Date:   **March 13, 2019**
                                        **Meryl J. Squires-Cannon/Member**
                                        Signer/Title

United States Bankruptcy Court
Northern District of Illinois

In re   Royalty Properties, LLC _____                    Case No. _____
                                        Debtor(s)                 Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 11

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March 19, 2019 _____

                                        Richard K. Cannon/Member
                                        Signer/
                                        Title

Date: March 19, 2019

                                        Date: _____
                                        Meryl J. Squires-Cannon/Member
                                        Signer/Title

Christopher Cannon
Henderson Parks
140 S. Dearborn St., Ste. 1020
Chicago, IL 60603

.

Dimock Operating Company
1004 E. Goode St.
Quitman, TX 75783

Forest Preserve Dist. of Cook Cnty.
c/o Dennis White
69 W. Washington St., Ste. 2010
Chicago, IL 60602

James Messineo
1618 Colonial Parkway
Palatine, IL 60067

Mary B. Grossman
W1905 Potter Rd.
Burlington, WI 53105

McGinley Partners, LLC c/o
Katherine Olson @Messer Strickland
225 W. Washington St., Ste. 575
Chicago, IL 60606

Merix Pharmaceutical Corp.
18 E. Dundee Rd.
3-204
Barrington, IL 60010

Norman J. Lerum, PC
55 W. Monroe St., Ste. 2455
Chicago, IL 60603

Richard Cannon
2 Goose Lake Dr.
Barrington, IL 60010

Royalty Farms, LLC Admin. Office
311 Algonquin Road
Barrington, IL 60010

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Royalty Properties, LLC**                                                            Case No.
                                                                          Debtor(s)    Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Royalty Properties, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

3/19/19                                                       /s/JOHN H. REDFIELD
Date                                                         **JOHN H. REDFIELD**
                                                            Signature of Attorney or Litigant
                                                            Counsel for   **Royalty Properties, LLC**
                                                            **Crane, Simon, Clar & Dan**
                                                            **Suite 3705**
                                                            **135 South LaSalle Street**
                                                            **Chicago, IL 60603-4297**
                                                            **312-641-6777 Fax:312-641-7114**
                                                            **jredfield@cranesimon.com**