IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Royalty Properties, LLC, | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No.  19-07692 |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **19th day of June, 2019 at 11:00** a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her as Courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of Debtor to Approve Contracts to Grow Hemp,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/John H. Redfield
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) (where indicated), or via email (where indicated) on this 6th day of June, 2019.

/s/John H. Redfield

i

# SERVICE LIST

**Served Via ECF**

USTPRegion11.ES.ECF@usdoj.gov
Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

AG Green Farms LLC
22 West Ontario St., Ste. 400
Chicago, IL 60654
Attn: Bobby Whalen

Little Tykes Farm
2608 Route 47
Woodstock IL 60098

Royalty Farms
18 E. Dundee Rd., Building 3
Suite 204
Barrington IL 60010
Attn: Meryl Squires-Cannon

Christopher W. Carmichael
ccarmichael@henderson-parks.com

**Via Email:**
messer@messerstilp.com
Joseph S. Messer
Messer Strickler Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606

Meryl Squires
merylsquires@merixcorp.com
Richard Kirk Cannon
rkcannon@cannoniplaw.com

**Via First Class U.S. Mail**

Dimock Operating Company
1004 E. Goode St.
Quitman, TX 75783

Forest Preserve Dist. of Cook Cnty.
c/o Dennis White
69 W. Washington St., Ste. 2010
Chicago, IL 60602

James Messineo
1618 Colonial Parkway
Palatine, IL 60067

Mary B. Grossman
W1905 Potter Rd.
Burlington, WI 53105

McGinley Partners, LLC c/o
Katherine Olson @Messer Strickland
225 W. Washington St., Ste. 575
Chicago, IL 60606

Merix Pharmaceutical Corp.
18 E. Dundee Rd.
3-204
Barrington, IL 60010

Meryl J. Squires-Cannon
2 Goose Lake Drive
Barrington, IL 60010

Norman J. Lerum, PC
55 W. Monroe St., Ste. 2455
Chicago, IL 60603

Richard K. Cannon
2 Goose Lake Dr.
Barrington, IL 60010

Royalty Farms, LLC
311 Algonquin Rd.
Barrington, IL 60010

Torshen, Slobig
33 N. Dearborn St., Ste. 1710
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Royalty Properties, LLC, | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-07692 |

### MOTION OF DEBTOR TO APPROVE CONTRACTS TO GROW HEMP

Royalty Properties, LLC, a Florida limited liability company, Debtor/Debtor-in-Possession herein ("Royalty" or "Debtor"), by and through its attorneys, John H. Redfield and the law firm of Crane, Simon, Clar & Dan, Crane, Simon, Clar & Dan, moves this Court to Approve Contracts to Grow Hemp ("Motion"), by stating as follows:

1. On March 19, 2019, the Debtor filed a voluntary petition for order of relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A)(M), and (O) and in accordance with 11 U.S.C, Section 157(a), all bankruptcy cases have been referenced to Bankruptcy Court by the District Court for the Northern District of Illinois pursuant to Internal Operation Procedure 15(a).

3. The statutory predicates to the Motion are 11 U.S.C. §363(b), rules 2002(a)(2) and 6005 of the Fed.R.Bankr.Proc.

4. The Debtor is one of the few licensed hemp farm growers in the State of Illinois, which is a rapidly growing industry.

1

5. The Debtor has entered into a Hemp Crop Agreement attached hereto as **Exhibit 1**, to immediately grow approximately 210,000 hemp plants on 100 – 120 acres of its farm land for harvest in September, 2019 with AG Green Farms, LLC ("AGF") that will provide financing, material and labor resources.

6. The Debtor expects to harvest hemp seeds and hemp biomass for the production of CBD that should yield over $10,000,000 of gross proceeds and a substantial profit.

7. Currently, the hemp seeds for CBD production have an extremely high value that is even greater than the hemp biomass.

8. Part of the AGF Agreement also provides for the services of an expert consultant, namely, Walter B. Fugua to assure the success of the project.

9. **Exhibit 2** attached hereto is a Crop Share Agreement between the Debtor and Little Tyke Farm ("Tyke") to provide labor, equipment and services for the growing of hemp.

10. Tyke has substantial experience and expertise in farming. The Tyke Agreement provides that Tyke will be paid a ten percent (10%) fee of the gross proceeds that will be capped at $1,000,000 because AGF and the Debtor expect the gross proceeds for 2019 to exceed $10,000,000. The Crop Share Agreement enables the Debtor not to pay costs and expenses prior to harvest.

11. **Exhibit 3** is a crop share agreement between the Debtor and Royalty Farms, LLC ("RF"), an insider of the Debtor due to common ownership. The purpose of RF Agreement is to provide the Debtor with labor and equipment to supplement the Tyke Agreement without the Debtor having to pay up front expenses until harvest. Royalty Farms shall realize a two percent (2%) share of the 2019 harvest that is capped at $250,000.00

12. In the reasonable business judgment of the Debtor, the above contracts provide an excellent opportunity for the Debtor to cause its farm land to become highly productive and to enable it to fund a plan of reorganization.

13. Time is of the essence because planting must begin immediately, and the parties need immediate assurances that their expenses advanced will be reimbursed from the harvest of the crops.

WHEREFORE, Royalty Properties, LLC, Debtor/Debtor-in-possession herein, respectfully requests the entry of an order as follows:

A. The three (3) contracts with AGF, Tykes and Royalty Farms be approved;

B. Notice pursuant to Rule 2002(a)(2) be deemed adequate under the circumstances;

C. The fourteen (14) day stay of the order approving the use of the land pursuant to Rule 6005(h) of the Fed.R.Bankr.Proc. be waived; and

D. For such other order as this Court deems just and proper.

Respectfully submitted,

Royalty Properties, LLC a Florida corporation, Debtor/Debtor-in-possession,

By: /s/John H. Redfield
    One of its attorneys

**DEBTOR'S COUNSEL:**
John H. Redfield (Atty. No. 2298090)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\JHR\Royalty Properties-C.11\Approve Contracts Grow Hemp.MOT.docx

3