IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC           CASE NO. 19-07692

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending March 31 , 20 19

BEGINNING BALANCE IN ALL ACCOUNTS          $ 191.40

RECEIPTS:
    1. Receipts from operations          $ 0.00
    2. Other Receipts          $ 0.00

DISBURSEMENTS:
    3. Net payroll:
        a. Officers          $ 0.00
        b. Others          $ 0.00

    4. Taxes
        a. Federal Income Taxes          $ 0.00
        b. FICA withholdings          $ 0.00
        c. Employee's withholdings          $ 0.00
        d. Employer's FICA          $ 0.00
        e. Federal Unemployment Taxes          $ 0.00
        f. State Income Tax          $ 0.00
        g. State Employee withholdings          $ 0.00
        h. All other state taxes          $ 0.00

    5. Necessary expenses:
        a. Rent or mortgage payments(s)          $ 0.00
        b. Utilities          $ 0.00
        c. Insurance          $ 0.00
        d. Merchandise bought for manufacture or sale          $ 0.00
        e. Other necessary expenses (specify)
            Bank Service Fee          $ 15.00
            N/A          $ N/A

TOTAL DISBURSEMENTS          $ 15.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD          $ -$15.00

ENDING BALANCE IN JP Morgan Chase          $ $176.40
        (Name of Bank)
ENDING BALANCE IN N/A          $ N/A
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ $176.40

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC      CASE NO.: 19-07692

RECEIPTS LISTING

FOR MONTH ENDING March 31 , 20 19

Bank: JPMorgan Chase

Location: 136 W Northwest Hwy Barrington, IL 60010

Account Name: Royalty Properties, LLC

Account No.: XXXXX2060

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | | |

TOTAL: $0.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC   CASE NO.: 19-07692

### DISBURSEMENT LISTING

FOR MONTH ENDING March 31 , 20 19

Bank: JPMorgan Chase

Location: 136 W Northwest Hwy Barrington, IL 60010

Account Name: Royalty Properties, LLC

Account No.: XXXXX2060

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/29/19 | EFT | Bank Service Fee | $15.00 |

TOTAL: $15.00

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: __Royalty Properties, LLC__     CASE NO.: __19-07692__

FOR MONTH ENDING __March 31_____, 20__19__

## STATEMENT OF INVENTORY

Beginning inventory                    $ 0.00

Add: purchases                         $ 0.00

Less: goods sold
   (cost basis)                        $ 0.00

Ending inventory                       $ 0.00

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period          $ 0.00

Payroll taxes due but unpaid           $ 0.00

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC          CASE NO.: 19-07692

FOR MONTH ENDING March 31 , 20 19

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: sales on account | $ 0.00 |
| Less: collections | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: credit extended | $ 0.00 |
| Less: payments of account | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC     CASE NO.: 19-07692

FOR MONTH ENDING March 31 , 20 19

## TAX QUESTIONNAIRE

    Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ✓ | No ☐ |
| 2. | FICA withholdings | Yes ☐ | No ☐ |
| 3. | Employee's withholdings | Yes ☐ | No ☐ |
| 4. | Employer's FICA | Yes ☐ | No ☐ |
| 5. | Federal Unemployment Taxes | Yes ☐ | No ☐ |
| 6. | State Income Tax | Yes ✓ | No ☐ |
| 7. | State Employee withholdings | Yes ☐ | No ☐ |
| 8. | All other state taxes | Yes ☐ | No ☐ |

    If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

This is not applicable. There was no payroll or employees in March 2019. All State and Federal Taxes are current.

OPERATING REPORT Page 6

| Form 6123<br>(Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>**Verification of Fiduciary's Federal Tax Deposit** |
|---|---|

| | **Do not attach this Notice to your Return** |
|---|---|
| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer Royalty Properties, LLC |
| | Taxpayer Address 18 E Dundee Rd 3-204 Barrington, IL 60010 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| **Section 1**<br><br>Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**<br>For the payroll period from 3/1/19 to 3/31/19<br>Payroll date N/A<br>Gross wages paid to employees$ 0.00<br>Income tax withheld$ 0.00<br>Social Security (Employer's plus Employee's share of Social Security Tax) $ 0.00<br>Tax Deposited $ 0.00<br>Date Deposited N/A |
|---|---|
| **Section 2**<br><br>Taxes Reported on Form 940,Employer=s Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information**<br>For the payroll period from 3/1/19 to 3/31/19<br>Gross wages paid to employees $ 0.00<br>Tax Deposited $ 0.00<br>Date Deposited N/A |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method<br>(check box) | | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon |
|---|---|---|
| | ✓ | 9 Electronic Federal Tax Payment System (EFTPS) Deposit |

| Amount (Form 941<br>N/A | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by:<br>N/A |
|---|---|---|
| Amount (Form 940<br>N/A | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by:<br>N/A |
| Depositor=s Employer Identification Number: 20-8116256 | | Name and Address of Bank<br>JPMorgan Chase |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| Signed: *[signature]* Date: | June 13, 2018 |
|---|---|
| Name and Title (print or type)   Meryl Squires-Cannon | Managing Member |

Cat. #43099Z                                    Form 6123 (rev. 06-97)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: Royalty Properties, LLC          CASE NO.: 19-07692

FOR MONTH ENDING March 31 , 20 19

INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---|---|---|---|---|
| Nationwide Insurance | FPKFMPN5822502620 | Agribusiness | 1/15/2020 | N/A |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (*i.e.*, non-payment, sale of asset, abandonment, etc.).

No

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).

Yes

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).

No

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 04/24/2019 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): 847-437-2184 | COMPANY NAME AND ADDRESS | NAIC NO: 28223 |
|---|---|---|---|
| George Thayer | | Nationwide Agribusiness Insurance Company | |
| Hollinger Insurance Services | | | |
| 220 Lively Blvd | | | |
| Elk Grove Village, IL 60007 | | | |

| FAX (A/C, No): | E-MAIL ADDRESS: rbetz@hollingerinsurance.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|
| CODE: 120038487 | SUB CODE: | POLICY TYPE |
| AGENCY CUSTOMER ID #: | | Agribusiness |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| Royalty Properties, LLC | | FPKFMPN5822502620 |
| 311 Algonquin Rd | | |

| | EFFECTIVE DATE | EXPIRATION DATE | |
|---|---|---|---|
| Barrington, IL 60010 | 01/15/2019 | 01/15/2020 | X CONTINUED UNTIL TERMINATED IF CHECKED |

| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: |
|---|---|
| Royalty Farms, LLC | |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required)     ☒ BUILDING  OR ☐ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION     See Page 2

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| PERILS INSURED | BASIC | | BROAD | ☒ SPECIAL | |
|---|---|---|---|---|---|

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 1,629,414 | | | | DED: 2,500 |
|---|---|---|---|---|

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME   ☐ RENTAL VALUE | X | | | If YES, LIMIT:  Rentals. See Page 2 \| Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | | | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | | | |
| LIMITED FUNGUS COVERAGE | | | | If YES, LIMIT:                    DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | | | |
| COINSURANCE | | X | | If YES,          % |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | If YES, LIMIT:                    DED: |
| ORDINANCE OR LAW   - Coverage for loss to undamaged portion of bldg | | X | | If YES, LIMIT:                    DED: |
| - Demolition Costs | | X | | If YES, LIMIT:                    DED: |
| - Incr. Cost of Construction | | X | | If YES, LIMIT:                    DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT:                    DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT:                    DED: |
| WIND / HAIL INCL    ☒ YES ☐ NO    Subject to Different Provisions: | | X | | If YES, LIMIT:                    DED: |
| NAMED STORM INCL   ☒ YES ☐ NO    Subject to Different Provisions: | | X | | If YES, LIMIT:                    DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| | MORTGAGEE | CONTRACT OF SALE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| | LENDERS LOSS PAYABLE | X Loss Payee | US Department of Justice |
| NAME AND ADDRESS | | | 219 S Dearborn, Room 873 |
| Royalty Properties, LLC | | | Chicago, IL 60604 |
| 311 Algonquin Rd | | | |
| Barrington, IL 60010 | | | AUTHORIZED REPRESENTATIVE |
| | | | Roy Betz |

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

Royalty Properties, LLC is listed as loss payee for any damage claims for the improvements or the real property itself.

| | | |
|---|---|---|
| 1975- Barn 21 Stalls | 5000SF | 266,925 |
| 1976- Barn 13 Stalls | 4000SF | 166,827 |
| 1978- Bunkhouse | 7000SF | 133,462 |
| 1979- Office | 3500SF | 133,462 |
| 1979- Barn 4 30 Stalls | 6000SF | 133,462 |
| 1945 Dwelling Manager | 2400SF | 282,906 |
|     Cov B - Other Private Structures | | 28,220 |
|     Cov D   Loss of Use | | Actual Loss sustained |
| 1955  Dwelling Sutton | 2400SF | 251,471 |
|     Cov B -  Other Private Structures | | 25,147 |
|     Cov D -  Loss of Use | | Actual Loss Sustained |
| 1950  Dwelling Pool House | 1200SF | 188,602 |
|     Cov B -  Other Private Structures | | 18,860 |
|     Cov D -  Loss of Use | | Actual Loss Sustained |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____Meryl Squires-Cannon_____, acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

 Meryl Squires-Cannon
_____

Managing Member
_____

DATED: June 13, 2018_____

OPERATING REPORT Page 9

## U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Royalty Properties, LLC     CASE NO.: 19-07692

FOR CALENDAR QUARTER ENDING March 31, 20 19

### DISBURSEMENTS*

1.

| MONTH | DISBURSEMENTS |
|---|---|
| January | $ 0.00 |
| February | $ 0.00 |
| March | $ 0.00 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 0.00 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(A)(6)   $ 325.00

3. QUARTERLY FEE PAID (Attach proof of payment)   $ 325.00

4. AMOUNT OF UNPAID FEES (IF ANY)   $ 0.00

I, Meryl Squires-Cannon _____ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: June 13, 2018

For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).

Meryl Squires-Cannon

Managing Member

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

# CHASE *for* BUSINESS

Printed from Chase for Business

---

## Check

---

Front

| | |
|---|---|
| **Royalty Properties, LLC** | JPMORGAN CHASE BANK, NA **1004** |
| 18 E. Dundee Rd 3-204 | 136 W. Northwest Hwy |
| Barrington, IL 60010 | Barrington, IL 60010 |
| | 2-1/710 |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

4/15/2019

PAY TO THE ORDER OF    U.S. Trustee Payment Center     $ **325.00

Three Hundred Twenty-Five and 00/100******************************************************************************* DOLLARS

U.S. Trustee Payment Center
.P.O. Box 530202
Atlanta, GA 30353-0202

MEMO   521-19-07692

⑆00 1004⑆ ⑉071000013⑉ 39019150 7⑆

---

Back

```
>0410-3601-7<
US TREAS DG-ECP
20190424
```

| Post date | Check # | Check amount |
|---|---|---|
| Apr 25, 2019 | 1004 | $325.00 |

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender⌂

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC     CASE NO.: 19-07692

U. S. TRUSTEE QUARTERLY REPORT ON STATUS OF PLAN PAYMENTS

FOR CALENDAR QUARTER ENDING March 31 , 20 19

1.   Were any payments required to be made
under the plan this past calendar quarter?   yes ☐   no ☑

2.   If yes, were all required payments made?   yes ☐   no ☑

3.   If not, on a separate schedule, state the name, address and telephone number of each unpaid creditor, the amount due and the reason payment was not made.

I, Meryl Squires-Cannon _____ acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: June 13, 2018

For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).

Meryl Squires-Cannon

Managing Member

EXHIBIT "E"

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### Direction of Attorney for the Debtor
### Concerning Contacts with Client Regarding Administrative Matters

In re:   Royalty Properties, LLC
_____

Case Number:  19-07692
_____

## Part I : Purpose

The United States Trustee is responsible for supervising the administration of cases under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code.  28 U.S.C. § 586.  To fulfill this responsibility, the U.S. Trustee has issued Guidelines for Debtors-in-Possession.  The Guidelines impose certain administrative and reporting responsibilities on chapter 11 debtors-in-possession.  In addition, there are other requirements imposed by law, including a requirement to pay U.S. Trustee quarterly fees.   The U.S. Trustee's staff is available to assist debtors-in-possession in fulfilling these requirements.  In addition, it is frequently necessary for members of the U.S. Trustee's staff to contact debtors concerning missing documents, incomplete forms, and other administrative matters.   Many debtors-in-possession and attorneys prefer that these administrative matters be handled directly between the debtor and the U.S. Trustee's staff.   Others prefer that all such contacts be made through counsel.  We need to know how you and your client would like these matters to be handled.

## Part II: Direction

☐       We direct that all contacts between the U.S. Trustee's staff concerning the administrative requirements of the U.S. Trustee, including completion of operating reports, insurance, banking arrangements, payment and calculation of quarterly fees, may be made directly between the U.S. Trustee and the debtor-in-possession.

☑       We direct that all contacts between the U.S. Trustee's staff concerning this case, including all administrative matters, be conducted through counsel for the debtor-in-possession.

Dated: _____

_____
Attorney for Debtor-in-Possession

EXHIBIT F

verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: June 13, 2018

_____
Signature of Authorized Individual

Meryl Squires-Cannon
_____
Name of Authorized Individual

Managing Member
_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor