UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ROYALTY PROPERTIES, LLC | ) | CASE NO. 19-07692 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on **Tuesday, September 24, 2019**, at the hour of 10:30 **a.m.**, the United States Trustee for the Northern District of Illinois, by and through his counsel Adam G. Brief, shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 680 at the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place, and shall present the **United States Trustee's Motion to Dismiss Chapter 7 Case on Shortened Notice**, a copy of which is attached hereto and is herewith served upon you.

                                        */s/ Adam G. Brief*
                                        Adam G. Brief, A.U.S.T.
                                        OFFICE OF THE U.S. TRUSTEE
                                        219 S. Dearborn Street, Room 873
                                        Chicago, Illinois 60604
                                        312-886-2805

# CERTIFICATE OF SERVICE

I, Adam G. Brief, an attorney, state that on September 17, 2019, pursuant to Local Rule 9013-1(D) the **Notice of Motion**, the **United States Trustee's Motion to Dismiss Chapter 7 Case on Shortened Notice**, and **Proposed Order** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

/s/ Adam G. Brief

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice:**

- Anthony J. Peraica, Esq. peraicalaw@aol.com
- John H. Redfield, Esq. jredfield@cranesimon.com
- Phillip D. Levey, Trustee levey47@hotmail.com
- Chris Carmichael, Esq. ccarmichael@henderson-parks.com

**Parties Served via First Class Mail**:

Dimock Operating Company
1004 E. Goode Street
Quitman, TX  75783-1641

Mary B. Grossman
W1905 Potter Rd.
Burlington, WI  53105-2759

Norman J. Lerum, PC
55 W. Monroe St., Ste 2455
Chicago, IL  60603-5101

Royalty Farm, LLC
311 Algonquin Road
Barrington, IL  60010-6101

Forest Preserve District of Cook County
c/o Dennis White
69 W. Washington, Suite 2010
Chicago, IL  60602-3156

Forest Preserve District of Cook County
Legal Department
69 W. Washington, Suite 2010
Chicago, IL  60602-3156

Pohlman Reporting Company LLC
10 S. Broadway, Suite 1400
St. Louis, MO  63102-1741

McGinley Partners, LLC
c/o Katherine Olson @ Messer Strickland
225 W. Washington St., Suite 575
Chicago, IL  60606-0099

Torshen, Slobig
33 N. Dearborn St., Suite 1710
Chicago, IL  60602-3862

Royalty Properties, LLC
18 E. Dundee Rd., 3-204
Barrington, IL  60010

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

James Messineo
1618 Colonial Parkway
Palatine, IL  60067-4725

Matrix Pharmaceutical Corp.
18 E. Dundee Rd., 3-204
Barrington, IL  60010

Richard Cannon
2 Goose Lake Dr.
Barrington, IL  60010-5100

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ROYALTY PROPERTIES, LLC | ) | CASE NO. 19-07692 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS
CHAPTER 7 CASE AND REQUEST TO SHORTEN TIME**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through his attorney, Adam G. Brief, hereby requests pursuant to 11 U.S.C. § 707(a) an order dismissing the above-captioned Chapter 7 case and that the Court shorten notice of the hearing on this Motion. In support of his Motion, the U.S. Trustee states as follows:

**JURISDICTION**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2), IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307 and brings this motion pursuant to 11 U.S.C. § 707(a).

**BACKGROUND**

3. On March 19, 2019, Royalty Properties, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Dkt. No. 1.

4. On March 27, 2019, the Forest Preserve District of Cook County (the "Forest Preserve"), the Debtor's largest secured creditor, obtained an order granting it relief from the automatic stay to pursue completion of its 10-year-old foreclosure action against the Debtor. Dkt. No. 4 and No. 47.

5. The Debtor managed its business and financial affairs as a debtor-in-possession until August 30, 2019, when the Court entered an order converting the Debtor's case to a case under chapter 7 of the Bankruptcy Code. Dkt. No. 149.

6. Thereafter, Philip Levey was appointed interim trustee with the duties under 11 U.S.C. § 704(a). Dkt. No. 154.

7. The Forest Preserve has obtained a judgment in foreclosure, and will seek confirmation of that order in state court on September 27, 2019.

8. During the pendency of the case, the Debtor embarked upon a new line of business, and began farming hemp/hemp seeds. Dkt. No. 56.

9. The bankruptcy case is primarily a two party dispute between the Debtor and the Forest Preserve, and those parties continue to litigate matters in state court at both the trial and appellate levels.

**RELIEF REQUESTED AND GROUNDS THEREFORE**

A.   *The Debtor's Case should be Dismissed for Cause Under 11 U.S.C. § 707(a)*

10. Under Section 707(a) of the Bankruptcy Code, the Court may dismiss a chapter 7 case for "cause." 11 U.S.C. § 707(a). Although Section 707(a) lists three examples of what may constitute "cause" for dismissal, the list is not exclusive. *See BMO Harris Bank N.A. v. Isaacson*, 551 B.R. 376, 382 (N.D. Ill. 2015).

11. While the 2018 Agricultural Improvement Act of 2018 (the "Farm Bill") legalized hemp and its derivative products, the U.S. Department of Agriculture has not yet enacted regulations required under the Farm Bill. Unless and until such regulations are in place, hemp farming may still fall within the Controlled Substances Act, 21 U.S.C. § 801, *et seq.* (the "CSA"). *See generally Flandreau Santee Sioux Tribe v. U.S. Dept. of Ag.*, 2019 WL 2394256, at *5 (D. S.D. June 6, 2019) ("A harmonious reading of the [Farm Bill] lends to the likelihood that the 60 day window to approve or deny a plan does not begin until regulations are promulgated by the USDA").

12. Out of an abundance of caution, the chapter 7 trustee will not administer the harvested crop, which upon information and belief is nearly mature.

13. In *In re Arenas*, the court granted the U.S. Trustee's motion to dismiss pursuant to Section 707(a), concluding that administration of the case and the non-exempted assets was impossible without inextricably involving the Court and trustee in the debtors' ongoing violations of the CSA. *See In re Arenas*, 514 B.R. 887 (Bankr. D. Colo. 2014); *see also In re Rent-Rite Super Kegs West, Ltd.*, 484 B.R. 799 (Bankr. D. Colo. 2012). In that case, the debtor was engaged in the business of producing and distributing marijuana, which was legal under state law.

14. In this case, dismissal would obviate any potential issues involving the CSA. In addition, dismissal would enable the parties to continue their on-going litigation in state court and would be more efficient rather than engaging in simultaneous litigation in both the state and federal court systems.

15. The Debtor, chapter 7 Trustee and Forest Preserve do not object to dismissal of this case.

### B. *Cause Exists to Shorten Notice of the Motion*

16. The U.S. Trustee requests that the Court shorten the notice period for this Motion. At the September 17, 2019, Status Conference before the Court, the Debtor, chapter 7 Trustee and Forest Preserve were present and acknowledged on the record their consent to the Motion, and to the matter being set for September 24, 2019 at 10:30. Additionally, given that the hemp crop is nearing maturity and that the Forest Preserve's motion for confirmation of the foreclosure judgment is set to be heard in state court on September 27, 2019, this matter should be heard forthwith. Notice of this Motion has been provided to the chapter 7 Trustee, Debtor's current and incoming counsel, counsel for the Forest Preserve, and all creditors.

**Wherefore,** the U.S. Trustee requests that the Court enter an order dismissing the Debtor's case pursuant to § 707(a) of the Bankruptcy Code and for such other relief that the Court deems just and proper.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: September 17, 2019     By:*/s/ Adam G. Brief*
Adam G. Brief, A.U.S.T.
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
312-886-2805