IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Royalty Properties, LLC, | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-07692 |

**<u>DEBTOR-IN-POSSESSION SCHEDULE OF ALL UNPAID DEBTS</u>**

NOW COMES Royalty Properties, LLC, a Florida limited liability company, Chapter 7 Debtor herein ("Debtor"), and for its Schedule of All Unpaid Debts, respectfully states as follows:

1.  On March 19, 2019, this Court entered an Order for Relief in the above-captioned matter pursuant to a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, whereby the Debtor was deemed a debtor-in-possession as defined in §1101 of the Bankruptcy Code ("Petition Date").

2.  The Debtor has operated its business and managed its financial affairs as a debtor-in-possession from the Petition Date until August 30, 2019, when the case was converted to a case under Chapter 7.

3.  A schedule of the unpaid debtor-in-possession debts is attached hereto as **Exhibit 1**.

    Respectfully submitted,
    Royalty Properties, LLC a Florida
    corporation, Debtor/Debtor-in-possession,

    By: /s/John H. Redfield
        One of its attorneys

**DEBTOR'S COUNSEL:**
John H. Redfield (Atty. No. 2298090)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\JHR\Royalty Properties-C.11\DIP-Sced of unpaid debts.docx