# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 (Conv. From Chapter 11) |
| | ) | |
| Royalty Properties, LLC, | ) | Case No. 19 B 07692 |
| | ) | |
| Debtor. | ) | |

### Dismissal Order (Docket 165)

Notice is shortened to that given.

The United States Trustee's Motion to Dismiss is granted.

This bankruptcy case is dismissed with a nine-month bar to refiling; the Debtor shall not seek relief under any chapter of the Bankruptcy Code on or before June 24, 2020.

The Debtor agrees to move immediately to dismiss any appeal to the U.S. District Court arising out of this bankruptcy case, including 19-cv-6169.

**Date: September 24, 2019**

**ENTERED:**

_J.P. Cox_

**Jacqueline P. Cox**
**United States Bankruptcy Judge**