# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Royalty Properties, LLC,

Plaintiff(s),

v.

Cook County Forest Preserve District,

Defendant(s).

Case No.  19-cv-6169
Judge  Sara L. Ellis

## ORDER

The Court grants Appellant's motion for voluntary dismissal of its bankruptcy appeal [4].  The Court dismisses this appeal with prejudice and with Appellant to pay its own fees and costs.

Date:  10/7/2019

/s/ Sara L. Ellis
U.S. District Court Judge