IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC          CASE NO. 19-07692

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 31          , 20 19

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 1,744.11 |
| **RECEIPTS:** | |
| 1. Receipts from operations | $ 0.00 |
| 2. Other Receipts | $ 8,250.00 |
| **DISBURSEMENTS:** | |
| 3. Net payroll: | |
| a. Officers | $ 0.00 |
| b. Others | $ 5,804.25 |
| 4. Taxes | |
| a. Federal Income Taxes | $ 0.00 |
| b. FICA withholdings | $ 560.75 |
| c. Employee's withholdings | $ 602.05 |
| d. Employer's FICA | $ 560.73 |
| e. Federal Unemployment Taxes | $ 0.86 |
| f. State Income Tax | $ 0.00 |
| g. State Employee withholdings | $ 362.83 |
| h. All other state taxes | $ 139.05 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payments(s) | $ 0.00 |
| b. Utilities | $ 0.00 |
| c. Insurance | $ 0.00 |
| d. Merchandise bought for manufacture or sale | $0.00 |
| e. Other necessary expenses (specify) | |
| filing, payroll fees | $245.42 |
| US Trustee 2nd Qtr Payment | $325.00 |
| TOTAL DISBURSEMENTS | $8,600.94 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ -350.94 |
| ENDING BALANCE IN JP Morgan Chase | $1,393.17 |
| (Name of Bank) | |
| ENDING BALANCE IN N/A | $N/A |
| (Name of Bank) | |
| ENDING BALANCE IN ALL ACCOUNTS | $1,393.17 |

OPERATING REPORT  Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: ___Royalty Properties, LLC___   CASE NO.: ___19-07692___

## RECEIPTS LISTING

FOR MONTH ENDING ___July 31_____, 20_19__

Bank: ___JPMorgan Chase___

Location: ___136 W Northwest Hwy Barrington, IL 60010___

Account Name: ___Royalty Properties, LLC___

Account No.: ___XXXXX1507___

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/3/19 | Non-repayable gift from Merix Pharmaceutical Corp | $4,000.00 |
| 7/8/19 | Non-repayable gift from Royalty Farms | $250.00 |
| 7/18/19 | Non-repayable gift from Royalty Farms | $4,000.00 |

TOTAL: _$8,250.00____

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME: Royalty Properties, LLC   CASE NO.: 19-07692

### DISBURSEMENT LISTING

FOR MONTH ENDING July 31                    , 20 19

Bank:        JPMorgan Chase

Location:    136 W Northwest Hwy Barrington, IL 60010

Account Name: Royalty Properties, LLC

Account No.: XXXXX1507

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/3 | EFT | Net Payroll | $3,080.48 |
| 7/5 | EFT | UCC Filing Fee | $1.00 |
| 7/5 | EFT | UCC Filing Fee | $20.00 |
| 7/5 | EFT | Payroll Taxes | $1,213.83 |
| 7/5 | EFT | Payroll Fees | $118.21 |
| 7/18 | EFT | Net Payroll | $2,723.77 |
| 7/19 | EFT | Payroll Taxes | $1,012.44 |
| 7/19 | EFT | Payroll Fees | $106.21 |
| 7/31 | 1009 | US Trustee 2nd Qtr Payment | $325.00 |

TOTAL: $8,600.94

You must create a separate list for each bank account from which disbursements were made during the month.

**OPERATING REPORT Page 3**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Royalty Properties, LLC _____   CASE NO.: 19-07692 _____

FOR MONTH ENDING July 31 _____, 20 19 ___

## STATEMENT OF INVENTORY

Beginning inventory                    $ 6,938.35 _____

Add: purchases                         $ 0.00 _____

Less: goods sold                       $ 0.00 _____
(cost basis)

Ending inventory                       $ 6,938.35 _____

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period          $ 7,329.88 _____

Payroll taxes due but unpaid           $ 0.00 _____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | N/A | | |

* Include only post-petition payments.

**OPERATING REPORT Page 4**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: __Royalty Properties, LLC__   CASE NO.: __19-07692__

FOR MONTH ENDING __July 31_____ , 20 __19__

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: sales on account | $ 0.00 |
| Less: collections | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 4,067.19 |
| Add: credit extended | $ 0.00 |
| Less: payments of account | $ 0.00 |
| End of month balance | $ 4,067.19 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 4,067.19 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4,067.19 |

**ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT**

**OPERATING REPORT Page 5**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: ___Royalty Properties, LLC___     CASE NO.: ___19-07692___

FOR MONTH ENDING ___July 31___, 20_19_

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes        Yes ☑   No ☐
2. FICA withholdings           Yes ☑   No ☐
3. Employee's withholdings     Yes ☑   No ☐
4. Employer's FICA             Yes ☑   No ☐
5. Federal Unemployment Taxes  Yes ☑   No ☐
6. State Income Tax            Yes ☑   No ☐
7. State Employee withholdings Yes ☑   No ☐
8. All other state taxes       Yes ☑   No ☐

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

N/A

OPERATING REPORT  Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service **Verification of Fiduciary's Federal Tax Deposit** |
|---|---|

**Do not attach this Notice to your Return**

| **TO** | District Director, Internal revenue Service Attn: Chief, Special Procedures Function |
|---|---|
| **FROM:** | Name of Taxpayer Royalty Properties, LLC |
| | Taxpayer Address 18 E Dundee Rd 3-204 Barrington, IL 60010 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1

Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**

For the payroll period from 6/17/19 to 6/30/19

Payroll date 7/5/19

Gross wages paid to employees $ 3,901.50

Income tax withheld $ 329.41

Social Security (Employer's plus Employee's share of Social Security Tax) $ 596.94

Tax Deposited $ 926.35

Date Deposited 7/10/19 |
|---|---|
| Section 2

Taxes Reported on Form 940, Employer=s Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information**

For the payroll period from 6/17/19 to 6/30/19

Gross wages paid to employees $ 3,901.50

Tax Deposited $ 0.86

Date Deposited 7/10/19 |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method (check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon |
|---|---|
| | ✓ 9 Electronic Federal Tax Payment System (EFTPS) Deposit |

| Amount (Form 941) $926.35 | Date of Deposit 7/10/19 | EFTPS acknowledgment number or Form 8109 FTD received by: Deposited by Paychex, Inc. No # provided |
|---|---|---|
| Amount (Form 940) $0.86 | Date of Deposit 7/10/19 | EFTPS acknowledgment number or Form 8109 FTD received by: Deposited by Paychex, Inc. No # provided |
| Depositor=s Employer Identification Number: 20-8116256 | | Name and Address of Bank JPMorgan Chase |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| Signed: *[signature]* | Date: 8/14/19 | |
|---|---|---|
| Name and Title (print or type) | Meryl Squires-Cannon | Managing Member |

Cat. #43099Z                    Form 6123 (rev. 06-97)

| Form 6123<br>(Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>**Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | **Do not attach this Notice to your Return** |
| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer Royalty Properties, LLC |
| | Taxpayer Address 18 E Dundee Rd 3-204 Barrington, IL 60010 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| **Section 1**<br><br>Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**<br>For the payroll period from 7/1/19 to 7/14/19<br>Payroll date 7/19/19<br>Gross wages paid to employees$ 3,428.38<br>Income tax withheld$ 272.64<br>Social Security (Employer's plus Employee's share of Social Security Tax) $ 524.54<br>Tax Deposited $ 797.18<br>Date Deposited 7/24/19 |
|---|---|
| **Section 2**<br><br>Taxes Reported on Form 940,Employer=s Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information**<br>For the payroll period from 7/1/19 to 7/14/19<br>Gross wages paid to employees $ 3,428.38<br>Tax Deposited $ 0.00<br>Date Deposited 7/24/19 |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method (check box) | | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon |
|---|---|---|
| | ✓ | 9 Electronic Federal Tax Payment System (EFTPS) Deposit |
| Amount (Form 941<br>797.18 | Date of Deposit<br>7/24/19 | EFTPS acknowledgment number or Form 8109 FTD received by:<br>Deposited by Paychex, Inc. No # provided |
| Amount (Form 940<br>0.00 | Date of Deposit<br>7/24/19 | EFTPS acknowledgment number or Form 8109 FTD received by:<br>Deposited by Paychex, Inc. No # provided |
| Depositor=s Employer Identification Number: 20-8116256 | | Name and Address of Bank<br>JPMorgan Chase |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| Signed: *Meryl Squires Cannon* | Date: 8/14/19 |
|---|---|
| Name and Title (print or type)   Meryl Squires-Cannon | Managing Member |

Cat. #43099Z                              Form 6123 (rev. 06-97)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CASE NAME: Royalty Properties, LLC          CASE NO.: 19-07692

FOR MONTH ENDING July 31 , 20 19

<u>INSURANCE QUESTIONNAIRE</u>

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public.  <u>See</u> 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For <u>each</u> policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---------|-----------|---------------|------------------------|-----------------------------------|
| Nationwide Insurance | FPKFMPN5822502620 | Agribusiness | 1/15/2020 | N/A |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (*i.e.*, non-payment, sale of asset, abandonment, etc.).

No

2. Have all required insurance premium payments during the reporting period been made?  If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).

Yes

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal?  If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).

No

OPERATING REPORT Page 8

# ACORD®    EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY)** 04/24/2019

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): 847-437-2184 | COMPANY NAME AND ADDRESS | NAIC NO: 28223 |
|---|---|---|---|
| George Thayer<br>Hollinger Insurance Services<br>220 Lively Blvd<br>Elk Grove Village, IL 60007 | | Nationwide Agribusiness Insurance Company | |
| **FAX (A/C, No):** | **E-MAIL ADDRESS:** rbetz@hollingerinsurance.com | | |
| | | *IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH* | |

| CODE: 120038487 | SUB CODE: |
|---|---|

**AGENCY CUSTOMER ID #:**

**POLICY TYPE** Agribusiness

| NAMED INSURED AND ADDRESS | LOAN NUMBER | POLICY NUMBER FPKFMPN5822502620 |
|---|---|---|
| Royalty Properties, LLC<br>311 Algonquin Rd<br>Barrington, IL 60010 | EFFECTIVE DATE 01/15/2019 | EXPIRATION DATE 01/15/2020 |

☒ CONTINUED UNTIL TERMINATED IF CHECKED

**ADDITIONAL NAMED INSURED(S)**
Royalty Farms, LLC

**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required)   ☒ BUILDING  OR ☐ BUSINESS PERSONAL PROPERTY

**LOCATION / DESCRIPTION**  See Page 2

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

PERILS INSURED | BASIC | BROAD | ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 1,629,414    DED: 2,500

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME  ☐ RENTAL VALUE | X | | | If YES, LIMIT: Rentals. See Page 2   Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | | | | Attach Disclosure Notice / DEC |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | | | |
| LIMITED FUNGUS COVERAGE | | | | If YES, LIMIT:    DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | | | |
| COINSURANCE | | X | | If YES,    % |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | If YES, LIMIT:    DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | If YES, LIMIT:    DED: |
|    - Demolition Costs | | X | | If YES, LIMIT:    DED: |
|    - Incr. Cost of Construction | | X | | If YES, LIMIT:    DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT:    DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT:    DED: |
| WIND / HAIL INCL ☒ YES ☐ NO   Subject to Different Provisions: | | X | | If YES, LIMIT:    DED: |
| NAMED STORM INCL ☒ YES ☐ NO   Subject to Different Provisions: | | X | | If YES, LIMIT:    DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| | MORTGAGEE | CONTRACT OF SALE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| | LENDERS LOSS PAYABLE X | Loss Payee | US Department of Justice<br>219 S Dearborn, Room 873<br>Chicago, IL 60604 |

**NAME AND ADDRESS**
Royalty Properties, LLC
311 Algonquin Rd
Barrington, IL 60010

**AUTHORIZED REPRESENTATIVE**
Roy Betz

© 2003-2014 ACORD CORPORATION. All rights reserved.

**ACORD 28 (2014/01)**  The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

Royalty Properties, LLC is listed as loss payee for any damage claims for the improvements or the real property itself.

| | | |
|---|---|---|
| 1975- Barn 21 Stalls | 5000SF | 266,925 |
| 1976- Barn 13 Stalls | 4000SF | 166,827 |
| 1978- Bunkhouse | 7000SF | 133,462 |
| 1979- Office | 3500SF | 133,462 |
| 1979- Barn 4 30 Stalls | 6000SF | 133,462 |
| 1945 Dwelling Manager | 2400SF | 282,906 |
|     Cov B - Other Private Structures | | 28,220 |
|     Cov D    Loss of Use | | Actual Loss sustained |
| 1955 Dwelling Sutton | 2400SF | 251,471 |
|     Cov B -  Other Private Structures | | 25,147 |
|     Cov D -  Loss of Use | | Actual Loss Sustained |
| 1950 Dwelling Pool House | 1200SF | 188,602 |
|     Cov B -  Other Private Structures | | 18,860 |
|     Cov D -  Loss of Use | | Actual Loss Sustained |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I, _____Meryl Squires-Cannon_____, acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.


For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Meryl Squires-Cannon

Managing Member


DATED: 8/14/19



OPERATING REPORT Page 9

## U. S. TRUSTEE QUARTERLY FEE STATEMENT
### Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Royalty Properties, LLC    CASE NO.: 19-07692

FOR CALENDAR QUARTER ENDING July 31 , 20 19

### DISBURSEMENTS*

| 1. | MONTH | DISBURSEMENTS |
|---|---|---|
| | July | $ 325.00 |
| | August | $ 0.00 |
| | September | $ 0.00 |
| | TOTAL DISBURSEMENTS FOR QUARTER | $ 325.00 |
| 2. | QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(A)(6) | $ 325.00 |
| 3. | QUARTERLY FEE PAID (Attach proof of payment) | $ 325.00 |
| 4. | AMOUNT OF UNPAID FEES (IF ANY) | $ 0.00 |

I, Meryl Squires-Cannon ___ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 8/14/19

_For the Debtor In Possession (Trustee) (Plan administrator)_

(Print or type name and capacity of person signing this Declaration).

Meryl Squires-Cannon

Managing Member

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

### EXHIBIT "D"

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



**Royalty Properties, LLC**
18 E. Dundee Rd 3-204
Barrington, IL 60010

JPMORGAN CHASE BANK, NA
136 W. Northwest Hwy
Barrington, IL 60010
2-1/710

1009

7/23/2019

PAY TO THE ORDER OF    U.S. Trustee Payment Center    $ **325.00

Three Hundred Twenty-Five and 00/100************************************************************************ DOLLARS

U.S. Trustee Payment Center
P.O. Box 530202
Atlanta, GA 30353-0202

MEMO    521-19-07692

⑈00ꞈ009⑈ ⑈071000013⑈    390191507⑈

### Back

| Post date | Check # | Check amount |
|-----------|---------|--------------|
| Jul 31, 2019 | 1009 | $325.00 |

JPMorgan Chase Bank, N.A. Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender⌂

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: ___Royalty Properties, LLC___   CASE NO.: ___19-07692___

## U. S. TRUSTEE QUARTERLY REPORT ON STATUS OF PLAN PAYMENTS

FOR CALENDAR QUARTER ENDING ___July 31___, 20 _19_

1.  Were any payments required to be made
    under the plan this past calendar quarter?   yes ☐   no ☑

2.  If yes, were all required payments made?   yes ☐   no ☑

3.  If not, on a separate schedule, state the name, address and telephone number of each unpaid creditor, the amount due and the reason payment was not made.

I, ___Meryl Squires-Cannon___ acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: ___8/14/19___

_____
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and
capacity of person signing
this Declaration).

___Meryl Squires-Cannon___

___Managing Member___

EXHIBIT "E"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### Direction of Attorney for the Debtor
### Concerning Contacts with Client Regarding Administrative Matters

In re:          Royalty Properties, LLC
          _____

Case Number:    19-07692
          _____

### Part I : Purpose

The United States Trustee is responsible for supervising the administration of cases under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code. 28 U.S.C. § 586. To fulfill this responsibility, the U.S. Trustee has issued Guidelines for Debtors-in-Possession. The Guidelines impose certain administrative and reporting responsibilities on chapter 11 debtors-in-possession. In addition, there are other requirements imposed by law, including a requirement to pay U.S. Trustee quarterly fees. The U.S. Trustee's staff is available to assist debtors-in-possession in fulfilling these requirements. In addition, it is frequently necessary for members of the U.S. Trustee's staff to contact debtors concerning missing documents, incomplete forms, and other administrative matters. Many debtors-in-possession and attorneys prefer that these administrative matters be handled directly between the debtor and the U.S. Trustee's staff. Others prefer that all such contacts be made through counsel. We need to know how you and your client would like these matters to be handled.

### Part II: Direction

☐    We direct that all contacts between the U.S. Trustee's staff concerning the administrative requirements of the U.S. Trustee, including completion of operating reports, insurance, banking arrangements, payment and calculation of quarterly fees, may be made directly between the U.S. Trustee and the debtor-in-possession.

☑    We direct that all contacts between the U.S. Trustee's staff concerning this case, including all administrative matters, be conducted through counsel for the debtor-in-possession.

Dated: _____

_____
Attorney for Debtor-in-Possession

EXHIBIT F

verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: 8/14/19

_____
Signature of Authorized Individual

Meryl Squires-Cannon
_____
Name of Authorized Individual

Managing Member
_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor